IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DENISE P. EWAN | : CASE NO.: 1:15-bk-05059-HWV |

### DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT

AND NOW COMES, Debtor, Denise P. Ewan, by and through her attorneys, Jacobson, Julius & Harshberger, who hereby files this Motion to Terminate Wage Attachment and in support thereof states:

1. Debtor filed a Chapter 13 Petition on November 25, 2015.

2. This honorable court approved a wage attachment of Debtor's wages on November 30, 2015 and further directed the Central Payroll Bureau to withhold funds from Debtor's wages to pay the Chapter 13 Trustee.

3. Debtor files this motion seeking an order terminating said wage attachment because the case is now complete, and no further payments are due to the Chapter 13 Trustee.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to terminate the payments to the Chapter 13 Trustee.

Respectfully Submitted,

JACOBSON, JULIUS AND HARSHBERGER

Dated: November 24, 2020

s/ Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
DENISE P. EWAN : CASE NO.: 1:15-bk-05059-HWV

## PROOF OF SERVICE

**AND NOW**, this 24th day of November 2020, I, Dera Shade, with Jacobson, Julius & Harshberger, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Terminate Wage Attachment* upon the following persons by forwarding the same via CM/ECF and/or first class mail–

Charles J. DeHart, III, Esq.      Office of U.S. Trustee
PO Box 7005      PO Box 969
Lancaster, PA 17604      Harrisburg, PA 17108-0969

Central Payroll Bureau
PO Box 2396
Annapolis, MD 21402-2396

By:    s/Dera Shade
        Dera Shade

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **DENISE P. EWAN** | : CASE NO.: **1:15-bk-05059-HWV** |

**UPON CONSIDERATION** of the above-referenced Debtor having filed a *Motion to Terminate Wage Attachment* under Chapter 13 of the Bankruptcy Code;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the entity from whom Debtor receives income:

Central Payroll Bureau
PO Box 2396
Annapolis, MD 21402-2396

shall terminate all deductions and wage attachments remitted to Chapter 13 Trustee, Charles J. Dehart, III, from said Debtor's income, previously ordered by this Honorable Court on November 30, 2015.