# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DENISE P. EWAN                      Case No.: 1-15-05059-HWV
                                                  Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                    **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPS |
| Court Claim Number: | 10C |
| Last Four of Loan Number: | 7064/RMMP |
| Property Address if applicable: | 743 BLOSSOM DRIVE, , HANOVER, PA17331-2077 |

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the Trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $0.00 |

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $952.03
Total mortgage paid thru the plan by the Trustee: $58,919.79
Next postpetition payment due: DECEMBER, 2020
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 21, 2020  Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name: SPS  
Court Claim Number: 10C

```
    CLM #    CHECK #      DATE       PRIN PAID    INT PAID    TOTAL DISB
    5010     1152490     08/04/2016   $1,128.61    $0.00       $1128.61
    5010     1152490     08/04/2016   $1,128.61    $0.00       $1128.61
    5010     1152490     08/04/2016   $1,128.61    $0.00       $1128.61
    5010     1152490     08/04/2016   $1,128.61    $0.00       $1128.61
    5010     1152490     08/04/2016   $1,128.61    $0.00       $1128.61
    5010     1152490     08/04/2016   $1,128.61    $0.00       $1128.61
    5010     1152490     08/04/2016   $1,128.61    $0.00       $1128.61
    5010     1154028     09/01/2016   $1,128.61    $0.00       $1128.61
    5010     1157253     11/02/2016   $1,128.61    $0.00       $1128.61
    5010     1157253     11/02/2016   $8.31        $0.00       $8.31
    5010     1158842     12/06/2016   $1,128.61    $0.00       $1128.61
    5010     1158842     12/06/2016   $1,136.92    $0.00       $1136.92
    5010     1158842     12/06/2016   $8.31        $0.00       $8.31
    5010     1160440     01/12/2017   $1,136.92    $0.00       $1136.92
    5010     1160440     01/12/2017   $1,136.92    $0.00       $1136.92
    5010     1162007     02/08/2017   $1,136.92    $0.00       $1136.92
    5010     1163506     03/09/2017   $910.05      $0.00       $910.05
    5010     1163506     03/09/2017   $910.05      $0.00       $910.05
    5010     1165070     04/12/2017   $910.05      $0.00       $910.05
    5010     1166704     05/11/2017   $910.05      $0.00       $910.05
    5010     1168207     06/13/2017   $910.05      $0.00       $910.05
    5010     1169777     07/06/2017   $910.05      $0.00       $910.05
    5010     1171131     08/10/2017   $910.05      $0.00       $910.05
    5010     1172677     09/19/2017   $910.05      $0.00       $910.05
    5010     1174135     10/11/2017   $910.05      $0.00       $910.05
    5010     1175381     11/08/2017   $950.40      $0.00       $950.40
    5010     1176764     12/05/2017   $950.40      $0.00       $950.40
    5010     1178158     01/11/2018   $925.47      $0.00       $925.47
    5010     1179582     02/08/2018   $950.40      $0.00       $950.40
    5010     1180943     03/08/2018   $950.40      $0.00       $950.40
    5010     1182300     04/03/2018   $950.40      $0.00       $950.40
    5010     1185327     05/15/2018   $950.40      $0.00       $950.40
    5010     1186811     06/07/2018   $950.40      $0.00       $950.40
    5010     1189086     07/12/2018   $927.98      $0.00       $927.98
    5010     1190442     08/09/2018   $927.98      $0.00       $927.98
    5010     1191739     09/06/2018   $927.98      $0.00       $927.98
    5010     1193106     10/10/2018   $927.98      $0.00       $927.98
    5010     1194454     11/08/2018   $927.98      $0.00       $927.98
    5010     1195872     12/13/2018   $927.98      $0.00       $927.98
    5010     1197233     01/10/2019   $927.98      $0.00       $927.98
    5010     1198312     02/07/2019   $927.98      $0.00       $927.98
    5010     1199600     03/12/2019   $927.98      $0.00       $927.98
    5010     1200987     04/11/2019   $927.98      $0.00       $927.98
    5010     1202308     05/09/2019   $945.26      $0.00       $945.26
    5010     1203625     06/06/2019   $945.26      $0.00       $945.26
    5010     1205030     07/11/2019   $945.26      $0.00       $945.26
    5010     1206367     08/07/2019   $945.26      $0.00       $945.26
    5010     1207880     09/26/2019   $945.26      $0.00       $945.26
    5010     1208912     10/10/2019   $945.26      $0.00       $945.26
    5010     1210112     11/07/2019   $945.26      $0.00       $945.26
    5010     1211487     12/12/2019   $945.26      $0.00       $945.26
    5010     1212850     01/16/2020   $945.26      $0.00       $945.26
    5010     1214194     02/13/2020   $945.26      $0.00       $945.26
    5010     1215507     03/12/2020   $952.03      $0.00       $952.03
    5010     1216772     04/14/2020   $952.03      $0.00       $952.03
    5010     1217754     05/06/2020   $952.03      $0.00       $952.03
    5010     1218742     06/02/2020   $952.03      $0.00       $952.03
    5010     1219770     07/07/2020   $952.03      $0.00       $952.03
    5010     1220812     08/12/2020   $952.03      $0.00       $952.03
    5010     1221872     09/17/2020   $952.03      $0.00       $952.03
    5010     1222854     10/15/2020   $952.03      $0.00       $952.03
    5010     1223646     11/03/2020   $952.03      $0.00       $952.03
```

Re:

| | |
|---|---|
| DENISE P. EWAN | Case No.: 1-15-05059-HWV |
| | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG PA,   17111-5212 | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING, INC<br>ATTN:  REMITTANCE PROCESSING<br>PO BOX 65450<br>ALT LAKE CITY, UT,   84165-0450 | SERVED BY 1ST CLASS MAIL |
| DENISE P. EWAN<br>743 BLOSSOM DRIVE<br>HANOVER, PA  17331-2077 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2020

s/    Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com