Certificate Number: 15317-PAM-DE-035677533

Bankruptcy Case Number: 15-05059


15317-PAM-DE-035677533

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>May 17, 2021</u>, at <u>8:24</u> o'clock <u>AM PDT</u>, <u>Denise P Ewan</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 17, 2021</u>

By: <u>/s/Madelyn Kotb</u>

Name: <u>Madelyn Kotb</u>

Title: <u>Counselor</u>