United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 15-05059-HWV
Denise P. Ewan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: May 18, 2021  Form ID: fnldec  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Denise P. Ewan, 743 Blossom Drive, Hanover, PA 17331-2077 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| Celine P DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| Chad J. Julius | on behalf of Debtor 1 Denise P. Ewan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | |

| | |
|---|---|
| | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Lauren Marie Moyer | on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Denise P. Ewan,                 Chapter     13

**Debtor 1**

Case No.     1:15−bk−05059−HWV

Social Security No.:
         xxx−xx−8789

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 18, 2021            By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**fnldec** (10/20)